# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-1134V
(not to be published)

FELICIA A. VINSON,

                    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

Chief Special Master Corcoran

Filed: September 9, 2022

Special Processing Unit (SPU);
Attorney's Fees and Costs

*Brynna Gang, Kraus Law Group, LLC, Chicago, IL, for Petitioner*.

*Alexa Roggenkamp, U.S. Department of Justice, Washington, DC, for Respondent*.

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On September 3, 2020, Felicia A. Vinson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury related to vaccine administration, a defined Table injury, after receiving an influenza vaccine on October 11, 2017. Petition at 1, ¶ 2. On April 20, 2022, a decision was issued awarding compensation to Petitioner based on the Respondent's proffer. ECF No. 43.

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  **This means the Decision will be available to anyone with access to the internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all Section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Petitioner has now filed a motion for attorney's fees and costs, dated August 12, 2022 (ECF No. 49), requesting an award of $10,380.36 (representing $10,269.80 in fees and $110.56 in costs). Petitioner also requests $5,318.31 in fees and costs incurred by Petitioner's former counsel, Habush, Habush, & Rottier, S.C. *Id* at 1. In accordance with General Order No. 9, counsel for Petitioner represents that Petitioner incurred no out-of-pocket expenses. *Id* at 2. Respondent did not file a response to Petitioner's motion.

I have reviewed the billing records submitted with Petitioner's request. In my experience, the request appears reasonable, and I find no cause to reduce the requested hours or rates.

The Vaccine Act permits an award of reasonable attorney's fees and costs. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. I award a total of **$15,698.67** (representing $10,380.36 in fees and costs incurred by Kraus Law Group, LLC and $5,318.31 in fees and costs incurred by Habush, Habush, & Rottier, S.C) as a lump sum in the form of a check jointly payable to Petitioner and Petitioner's counsel. In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk shall enter judgment in accordance with this decision. In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk shall enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.